UNITED STATES of America,
Plaintiff–Appellee,

v.

Alvaro Carraza ECHEVERRIA, a.k.a.
Chato, Defendant–Appellant.

No. 13–12105
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 18, 2014.

Michael V. Herskowitz, Elizabeth McBath, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Marcia G. Shein, Law Office of Shein & Bradenburg, Decatur, GA, Alvaro Carraza Echeverria, Smith State Prison, Glennville, GA, for Defendant–Appellant.

Before CARNES, Chief Judge, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

Marcia G. Shein, appointed counsel for Alvaro Carraza Echeverria, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Echeverria's conviction and sentence are **AFFIRMED.**